## KING v. CAPE FEAR MEM. HOSP.

No. 569P89

Case below: 96 N.C.App. 338

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990.

## LOWDER v. ALL STAR MILLS, INC.

No. 13P90

Case below: 96 N.C.App. 513

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 dismissed 7 February 1990.

## MURRAY v. JUSTICE

No. 540P89

Case below: 96 N.C.App. 169

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990.

## STATE v. DORSEY

No. 558P89

Case below: 96 N.C.App. 513

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 February 1990.

## STATE v. HAIRE

No. 555P89

Case below: 96 N.C.App. 209

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 February 1990.